UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DANIEL JOSEPH WILLIAMS,          :     Case No. 1:16-cv-638
                                 :
          Plaintiff,             :     Judge Timothy S. Black
                                 :     Magistrate Judge Karen L. Litkovitz
vs.                              :
                                 :
JOY HARRIS, *et al*.,            :
                                 :
          Defendants.            :

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 3)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate

Judge reviewed the pleadings filed with this Court and, on August 15, 2016, submitted a

Report and Recommendation.  (Doc. 4).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter.  Upon consideration of the foregoing, the Court does

determine that such Report and Recommendations should be and is hereby adopted in

their entirety.

Accordingly,

1. The Plaintiff's complaint (Doc. 1) is **DISMISSED** with **PREJUDICE**
   pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1); and

2. The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis*.

**IT IS SO ORDERED**.

Date: 9/2/16

Timothy S. Black
United States District Judge